Case 1:08-cv-01791 Document 2 Filed 03/27/2008 Page 1 of 1

FILED: MARCH 27, 2008
08CV1791
JUDGE DOW
MAGISTRATE JUDGE VALDEZ
EDA

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Antonette McKillip

**DEFENDANTS**
Catholic Order of Foresters & Christopher Nowotarski

**(b)** County of Residence of First Listed Plaintiff: DuPage
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: DuPage
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
The Case Law Firm, LLC
150 N. Michigan Ave., Suite 2700
Chicago, IL 60601  (312) 920-0400

Attorneys (If Known)

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 445 ADA—Employment

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Americans with Disabilities Act violations

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] Yes

## IX. This case
[X] is not a refiling of a previously dismissed action.

DATE: 3/27/08
SIGNATURE OF ATTORNEY OF RECORD: /s/ M. Case