# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Antonette McKillip<br><br>v.<br><br>Catholic Order of Foresters & Christopher Nowotarski | Case Number:<br><br>FILED: MARCH 27, 2008<br>08CV1791          EDA<br>JUDGE DOW<br>MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| | |
|---|---|
| **NAME** (Type or print)<br>Kristin M. Case | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Kristin M. Case | |
| **FIRM**<br>The Case Law Firm, LLC | |
| **STREET ADDRESS**<br>150 N. Michigan Ave., Suite 2700, Chicago IL 60601 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60601 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>6274676 | **TELEPHONE NUMBER**<br>312-920-0400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐ | |