**NOTICE TO COUNSEL:**

To enable judges of the court to evaluate possible disqualification or recusal, a nongovernmental corporate party shall file with its first appearance, pleading, petition, motion response, or other request this disclosure statement. Promptly file a supplemental statement upon any change in the information.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTONETTE MCKILLIP, <br><br> Complainant, <br><br> v. <br><br><br> CATHOLIC ORDER OF FORESTERS, <br><br> Respondent. | Case Number: 08 CV 1791 |

### DISCLOSURE STATEMENT

CATHOLIC ORDER OF FORESTERS makes the following disclosure in compliance with Federal Rule of Civil Procedure 7.1:

1. Does the named party have a parent corporation?

   YES ___        NO _X_

   If the answer is YES, identify below the parent corporation:


2. Is 10% or more of the named party's stock owned by a publicly owned corporation?

   YES ___        NO _X_

   If the answer is YES, identify below the owners:



___/s/ David M. Holmes___            ___May 12, 2008___
(Signature of Counsel)                         (Date)

488152.1