UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Antonette McKillip
                                 Plaintiff,

v.                                                        Case No.: 1:08−cv−01791
                                                                     Honorable Robert M. Dow Jr.

Catholic Order of Foresters, et al.
                                 Defendant.

**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Maria Valdez for the purpose of holding proceedings related to: settlement conference.(tbk, )Mailed notice.

Dated: May 22, 2008

                                                                                 /s/ Robert M. Dow Jr.

                                                                           United States District Judge